# STATEMENT IN
# SUPPORT OF PROBABLE CAUSE

IN RE:  Freddy CHAGALA-Dominguez

I, Alfredo Peralta, declare and state as follows:

On or about March 29, 2023 the defendant Freddy CHAGALA-Dominguez was apprehended near Laredo, Texas. After a brief interview it was determined that, Freddy CHAGALA-Dominguez was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Freddy CHAGALA-Dominguez was previously REMOVED from the United States on 10/19/2022 at Brownsville, Texas. There is no record that Freddy CHAGALA-Dominguez has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 29th day of March, 2023 at Laredo, Texas.

_____
Alfredo Peralta
Border Patrol Agent
United States Border Patrol